## ELEANOR REID, EXECUTRIX, ETC., OF DUNCAN REID, DECEASED, *versus* WHITMORE KNAGGS

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Referred, continued *p. 257; (2) motion to set aside award *p. 335; (3) award set aside, discontinued *p. 366.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) agreement for reference; (4) transcript of rule of reference and stipulation of time for hearing; (5–6) subpoenas; (7) award of referees; (8) award envelope; (9) motion to set aside award; (10) affidavit of James McCloskey; (11) sheriff's bill of fees; (12) receipt for costs; (13–26) statements of accounts.

*Office Docket*, MS p. 152, c. 79. (Case 129 of 1820) Recorded in *Book B*, MS pp. 38–40.